IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JAN 24  3 56 PM '06

RALPH L. DELOACH
CLERK
BY _____ , DEPUTY
AT WICHITA, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, | }
| Plaintiff, | } Criminal Action
| v. | } No. 06-10016-01-JTM
| VINCE L. MATTHEWS, | }
| Defendant. | } |

## INFORMATION

The United States Attorney charges:

### Count 1

Beginning on or about May of 2000 and continuing through on or about March of 2004, in the District of Kansas,

**VINCE L. MATTHEWS,**

the defendant herein, while employed as the Business Manager/Financial Secretary of the Sheet Metal Workers Local 29 did knowingly and intentionally embezzle and steal monies, that is he stole $93,298.28 belonging to the Sheet Metal Workers Local 29, Wichita, Kansas.

In violation of Title 29, United States Code, Section 501(c).

ERIC F. MELGREN
United States Attorney

_(signature)_

LANNY D. WELCH
Assistant U.S. Attorney
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S.Ct. No. 13267